MARGARET WOULFE, Respondent, *v.* MODERN WOODMEN OF AMERICA, Appellant.

*Woulfe* v. *Modern Woodmen of America,* 128 App. Div. 911, affirmed.
(Argued February 16, 1910; decided March 4, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered October 20, 1908, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover upon a certificate of life insurance.

*J. D. Enright* and *Benjamin D. Smith* for appellant.

*Stewart F. Hancock* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WERNER and HISCOCK, JJ.

---

SAMUEL MANDEL, Respondent, *v.* J. CHARLES WESCHLER, Appellant.

*Mandel* v. *Weschler,* 128 App. Div. 505, affirmed.
(Submitted February 16, 1910; decided March 4, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered November 9, 1908, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court in an action to recover money deposited at the time of the passing of title to certain real property, for the purpose of paying certain water rents if found to be a lien upon the premises.

*J. Charles Weschler* and *Sol Rothschild* for appellant.

*Louis Manheim* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WERNER and HISCOCK, JJ.